| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Address |
| 1. Article Addressed to:<br>L'Occitane, Inc.<br>c/o Corporation Service Company<br>50 West Broad Street – Suite 1330<br>Columbus, Ohio 43215<br>1:20-cv-00889-DAP | B. Received by (Printed Name)  RECEIVED Corporation Service Company   C. Date of Delivery<br>MAY 0 3 2020<br>By<br>Deanna E. Schausell<br>Agent<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3387 7227 9716 06 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 0090 0001 4429 1087 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 *1:20 CV 889* | Domestic Return Receipt |

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3387 7227 9716 06

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
1:20-cv-00889-DAP

3339021U5IAL

|ԁlԁլԱՂգԱիիՂՂԿիՂՂԿԱՂիիՂիիՂՒ|