## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, | |
| Plaintiff, | CASE NO. 1:20-CV-00889 |
| v. | JUDGE: BENITA Y. PEARSON |
| L'OCCITANE, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## L'OCCITANE, INC.'S RULE 12(b)(6)
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant L'Occitane, Inc. ("L'Occitane") respectfully moves this Court to dismiss Plaintiff Symbology Innovations, LLC's ("Symbology") Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. The grounds for this motion are further set forth in L'Occitane's Memorandum of Law in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: May 27, 2020                                         Respectfully submitted,

                                                                   /s/ *Scot A. Hinshaw*
                                                                   Scot A. Hinshaw (0096079)
                                                                   Niehaus Kalas Hinshaw Ltd
                                                                   7150 Granite Circle, Suite 203
                                                                   Toledo, Ohio  43617
                                                                   Phone: 419-517-9090
                                                                   Fax: 419-517-9091
                                                                   hinshaw@nkh.law

                                                                   Neil J. McNabnay (*pro hac vice* to be filed)
                                                                  Texas Bar No. 24002583
                                                                  FISH & RICHARDSON P.C.
                                                                   1717 Main Street, Suite 5000
                                                                   Dallas, Texas 19001
                                                                   Phone: 214 747-5070
                                                                   Fax: 214 747-2091
                                                                   mcnabnay@fr.com

                                                                   ATTORNEYS FOR DEFENDANT
                                                                   L'OCCITANE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been electronically filed using the CM/ECF filing system on May 27, 2020, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system.

                                                                  */s/ Scot A. Hinshaw*
                                                                   Scot A. Hinshaw (0096079)