**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | CASE No.: 1:20-cv-00889-BYP |
| Plaintiff, | |
| v. | |
| **L'OCCITANE, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## JOINT MOTION TO DISMISS

Now come Plaintiff, Symbology Innovations, LLC, and Defendant, L'Occitane, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby move this Court to dismiss all claims against Defendant, L'Occitane, Inc., WITH PREJUDICE and all counterclaims against Plaintiff, Symbology Innovations, LLC, WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. The parties believe that the Motion to Dismiss currently pending [D.E. 7] in this matter is now moot.

Dated: July 2, 2020         Respectfully submitted,

*/s/ Howard L. Wernow*
Howard Wernow, B.C.S.
Fla Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street NW
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Howard.Wernow@sswip.com

***Attorney(s) for Plaintiff Symbology Innovations, LLC***

        NIEHAUS KALAS HINSHAW LTD.

        */s/ Scot A. Hinshaw*
        Scot A. Hinshaw (0096079)
        7150 Granite Circle – Suite 203
        Toledo, Ohio 43617
        Phone: 419-517-9090
        Fax: 419-517-9091
        hinshaw@nkh.law

        FISH & RICHARDSON P.C.
        Neil J. McNabnay (*pro hac vice* forthcoming)
        1717 Main Street – Suite 5000
        Dallas, Texas 19001
        Phone: (214) 747-5070
        Fax: (214) 747-2091
        mchabnay@fr.com

        ***Attorneys for Defendant L'Occitane, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on June 22, 2020.

        */s/ Howard L. Wernow*
        Howard L. Wernow