PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC, | ) | |
| | ) | CASE NO. 1:20CV0889 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| L'OCCITANE, INC., | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) | [Resolving ECF Nos. 7 and 17] |

Pending is the parties' Joint Motion to Dismiss (ECF No. 17) pursuant to Fed. R. Civ. P. 41(a)(2). For good cause shown, the motion is granted. All claims against Defendant L'Occitane, Inc. are dismissed with prejudice and all counterclaims against Plaintiff Symbology Innovations, LLC are dismissed without prejudice, with each party to bear its own attorney's fees and costs.

The Telephonic Case Management Conference set for July 27, 2020, is cancelled. Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (ECF No. 7) is denied as moot.

IT IS SO ORDERED.

 July 9, 2020                                     */s/ Benita Y. Pearson*
Date                                                Benita Y. Pearson
                                                    United States District Judge